DEBORAH STURMDORF, as Assignee of WILLIAM STURMDORF,
Respondent, *v.* EBENEZER M. SAUNDERS, as Executor of
FRANKLIN E. SAUNDERS, Deceased, Appellant, and THOMAS
C. SNEDEKER et al., Respondents.

*Sturmdorf* v. *Saunders*, 117 App. Div. 762, affirmed.
(Argued December 16, 1907; decided January 7, 1908.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
March 28, 1907, affirming a judgment in favor of plaintiff's
assignor and defendants, respondents, entered upon a verdict
directed by the court and an order denying a motion for a new
trial in an action on an alleged contract of guaranty.

*Frederick I. Allen* for appellant.

*J. S. Lambert* for plaintiff, respondent.

*William H. Good* for defendants, respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.